# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARLENE SMITH,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA [CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION],<br><br>    Defendant. | Case No. 1:17-cv-01058-LJO-SAB<br><br>ORDER VACATING NOVEMBER 1, 2017 HEARING ON DEFENDANT'S MOTION TO DISMISS |

On September 29, 2017, the California Department of Corrections and Rehabilitation filed a motion to dismiss that is set for oral argument on November 1, 2017. Pursuant to the Local Rule, Plaintiff's opposition to the motion for summary judgment was due on October 18, 2017. L.R. 230(c). Plaintiff did not file a timely opposition to the motion. The Local Rule provides that a party who fails to file a timely opposition is not entitled to be heard in opposition to the motion at oral argument. L.R. 230(c).

Accordingly, IT IS HEREBY ORDERED that the hearing set for November 1, 2017, is VACATED and the parties will not be required to appear at that time.

IT IS SO ORDERED.

Dated: **October 19, 2017**

                                                UNITED STATES MAGISTRATE JUDGE

1