# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARLENE SMITH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF CALIFORNIA [CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION],<br><br>　　　　Defendant. | Case No. 1:17-cv-01058-LJO-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND EXTENDING TIME FOR SERVICE OF COMPLAINT<br><br>(ECF Nos. 16, 17)<br><br>NINETY DAY DEADLINE |

Plaintiff Earline Smith filed this civil right action pursuant to 42 U.S.C. § 1983 on August 8, 2017, against the California Department of Corrections and Rehabilitation ("CDCR") and several unidentified defendants. (ECF No. 1.) On September 29, 2017, CDCR filed a motion to dismiss that was granted on November 29, 2017. (ECF Nos. 7, 15.) The November 29, 2017 order advised Plaintiff that the unidentified defendants were to have been served within ninety days of the issuance of the summons to comply with Rule 4 of the Federal Rules of Civil Procedure. (ECF No. 15.)

On December 12, 2017, the undersigned issued an order requiring Plaintiff to show cause why this action should not be dismissed for failure to identify and serve the remaining defendants within the 90 days as required by Rule 4(m) of the Federal Rules of Civil Procedure. (ECF No. 16.) On December 22, 2017, Plaintiff filed a reply requesting an additional 180 days

1

to identify and serve the remaining defendants. (ECF No. 17.)

The Court finds good cause to extend time to serve the unidentified defendants, but the time requested is excessive given that this action has already been pending for approximately four months; and Plaintiff was advised in the November order that service of the unidentified defendants was an issue. Plaintiff shall be given an additional ninety days in which to serve the unidentified defendants in this action.

Accordingly, IT IS HEREBY ORDERED that:

1. The order to show cause filed December 12, 2017, is DISCHARGED;
2. The time for Plaintiff to serve the summons and complaint in this action pursuant to Rule 4 of the Federal Rules of Civil Procedure is extended to ninety (90) days from the date of entry of this order; and
3. Plaintiff is advised that failure to serve the defendants in compliance with this order will result in the recommendation that any unserved defendant be dismissed from this action.

IT IS SO ORDERED.

Dated: **December 26, 2017**

UNITED STATES MAGISTRATE JUDGE