# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARLENE SMITH,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA [CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION],<br><br>    Defendant. | Case No. 1:17-cv-01058-LJO-SAB<br><br>ORDER VACATING MAY 23, 2018 HEARING ON DEFENDANT'S MOTION TO DISMISS |

On April 16, 2018, the California Department of Corrections and Rehabilitation filed a motion to dismiss that is set for oral argument on May 23, 2018. Pursuant to the Local Rule, Plaintiff's opposition or statement of non-opposition to the motion for summary judgment was due on May 9, 2018. L.R. 230(c). Plaintiff did not file a timely opposition to the motion. The Local Rule provides that a party who fails to file a timely opposition is not entitled to be heard in opposition to the motion at oral argument. L.R. 230(c). The matter is taken under submission on the papers.

Accordingly, IT IS HEREBY ORDERED that the hearing set for May 23, 2018, is VACATED and the parties will not be required to appear at that time.

IT IS SO ORDERED.

Dated: **May 10, 2018**

UNITED STATES MAGISTRATE JUDGE

1